NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRINCETON DIGITAL IMAGE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**HEWLETT-PACKARD COMPANY,**
*Defendant-Appellee*

**FUJIFILM NORTH AMERICA CORPORATION,
FUJIFILM NORTH AMERICA,
FKA FUJIFILM USA, INC.,**
*Defendants*

---

2015-1552

---

Appeal from the United States District Court for the Southern District of New York in No. 1:12-cv-00779-RJS, Judge Richard J. Sullivan.

---

## JUDGMENT

---

GEORGE PAZUNIAK, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE, argued for plaintiff-appellant.

SEAN C. CUNNINGHAM, DLA Piper LLP (US), San Diego, CA, argued for defendant-appellee. Also represented

by STANLEY JOSEPH PANIKOWSKI III, ERIN GIBSON, DAVID RAE KNUDSON; BRIAN K. ERICKSON, Austin, TX.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 9, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |